UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MUHAMMAD EJAZ SIAL, individually,<br><br>Plaintiff<br><br>vs.<br><br>AT&T SERVICES INC., a foreign corporation, JIE MCKNIGHT, individually, JIE and JOHN DOE MCKNIGHT and the marital community composed thereof<br><br>Defendants. | NO. 2:18-CV-00458-JLR<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR SUBMISSION OF JOINT STATUS REPORT AND DISCOVERY PLAN |

## I. **STIPULATION**

Pursuant to LCR 7(j), Defendant AT&T Services Inc. and Plaintiff Muhammad Ejaz Sial (collectively "the Parties"), by and through their respective counsel, hereby stipulate and move this Court for an order under LCR 7(j) extending the deadlines for submission of the Combined Joint Status Report and Discovery Plan from May 16, 2018, to June 18, 2018. Good cause exists to continue this deadline to accommodate scheduling conflicts of counsel and to

STIPULATION AND [PROPOSED] ORDER TO
EXTEND DEADLINE FOR SUBMISSION OF JOINT
STATUS REPORT AND DISCOVERY PLAN - Page 1
of 4

**OWEN | VANDERBRUG**
1001 FOURTH AVENUE, STE. 3200
SEATTLE, WASHINGTON 98154
P (206) 467-1400  F (206) 299-9328

permit time for the Court to rule on Plaintiff's Motion for Remand, which is noted for May 18, 2018.

**IT IS SO STIPULATED.**

DATED this 16th day of May, 2018.　　　　　DATED this 16th day of May, 2018.

s/Vanessa Vanderbrug
Vanessa Vanderbrug, WSBA No. 31668
vanessa@owenvanderbrug.com
1001 Fourth Ave., Suite 3200
Seattle, WA 98154
Telephone: (206) 467-1400
Facsimile: (206) 299-9328
Counsel for Plaintiff

s/Gwendolyn C. Payton
Gwendolyn C. Payton, WSBA No. 26752
gpayton@kilpatricktownsend.com
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
Telephone: (206) 626-7713
Facsimile: (206) 260-8946
Counsel for Defendant AT&T Services

## ORDER

Based upon the foregoing stipulation of the parties, it is hereby:

ORDERED that that the deadline for submission of the Parties' Combined Joint Status Report and Discovery Plan is extended until June 18, 2018.

DATED this 17th day of May, 2018.

_____
HONORABLE JAMES L. ROBART

STIPULATION AND [PROPOSED] ORDER TO
EXTEND DEADLINE FOR SUBMISSION OF JOINT
STATUS REPORT AND DISCOVERY PLAN - Page 2
of 4

**OWEN | VANDERBRUG**
1001 FOURTH AVENUE, STE. 3200
SEATTLE, WASHINGTON 98154
P (206) 467-1400  F (206) 299-9328

1  PRESENTED BY:

2  DATED this 16th day of May, 2018.                 DATED this 16th day of May, 2018.

3

4
   s/Vanessa Vanderbrug                              s/Gwendolyn C. Payton
5  Vanessa Vanderbrug, WSBA No. 31668                Gwendolyn C. Payton, WSBA No. 26752
   vanessa@owenvanderbrug.com                        gpayton@kilpatricktownsend.com
6  1001 Fourth Ave., Suite 3200                      1420 Fifth Avenue, Suite 3700
   Seattle, WA 98154                                 Seattle, WA 98101
7  Telephone: (206) 467-1400                         Telephone: (206) 626-7713
   Facsimile: (206) 299-9328                         Facsimile: (206) 260-8946
8  Counsel for Plaintiff                             Counsel for Defendant AT&T Services

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND [PROPOSED] ORDER TO
EXTEND DEADLINE FOR SUBMISSION OF JOINT
STATUS REPORT AND DISCOVERY PLAN - Page 3
of 4

**OWEN | VANDERBRUG**
1001 FOURTH AVENUE, STE. 3200
SEATTLE, WASHINGTON 98154
P (206) 467-1400  F (206) 299-9328

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury under the laws of the State of Washington, that on May 16, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gwendolyn C. Payton, WSBA No. 26752
gpayton@kilpatricktownsend.com
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
Telephone: (206) 626-7713
Facsimile: (206) 260-8946
Counsel for Defendant AT&T Services

DATED: May 16, 2018

By: s/Vanessa M. Vanderbrug
Vanessa M. Vanderbrug, #31668
Attorneys for Plaintiff
Owen | Vanderbrug
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
Telephone: 206-467-1400
Facsimile: 206-467-4884
Email: vanessa@owenvanderbrug.com

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR SUBMISSION OF JOINT STATUS REPORT AND DISCOVERY PLAN - Page 4 of 4

**OWEN | VANDERBRUG**
1001 FOURTH AVENUE, STE. 3200
SEATTLE, WASHINGTON 98154
P (206) 467-1400 F (206) 299-9328